# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Jo Thomas,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Rite of Passage Incorporated,<br><br>　　　　Defendant. | No. CV-17-0169-PHX-DKD<br><br><br>**ORDER** |

　　　　Plaintiff filed her Complaint on January 18, 2017. A waiver of service was filed indicating that Defendant waived service on April 24, 2017 (Doc. 5). On July 28, 2017, the Court issued an Order to Show Cause as to why this matter should not be dismissed for failure to prosecute or move for judgment (Doc. 6). Plaintiff has failed to comply with the Court's order. The Court notes that the docket contains a consent executed by the only appearing party to this action to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). Accordingly, due to Plaintiff's failure to comply with the Court's Order,

　　　　**IT IS HEREBY ORDERED** dismissing this case without prejudice.

　　　　Dated this 30th day of August, 2017.

_____
David K. Duncan
United States Magistrate Judge